```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

ANTOINE AYSSEH,

                Plaintiff,

    -against-

JESUP & LAMONT, INC.

                Defendant.

----------------------------------------

09 Civ. 6971 (BSJ)(RLE)

**JUDGMENT BY DEFAULT**

WHEREAS plaintiff Antoine Aysseh ("Plaintiff") commenced this action against defendant Jesup & Lamont, Inc. on August 6, 2009 by the filing of the Summons and Complaint; and

WHEREAS defendant Jesup & Lamont, Inc. has defaulted in appearing in this action and responding to the Complaint as evidenced by the Clerk's Certificate of Default, dated August 27, 2009;

NOW upon the application of plaintiff Antoine Aysseh pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b), as supported by the Affidavits of Leonard F. Lesser, sworn to on August 27, 2009 and December 10, 2009, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff Antoine Aysseh have Judgment against defendant Jesup & Lamont, Inc., in the amount of $125,000.00, plus all costs, fees and interest permitted by law; and it is further

ORDERED, ADJUDGED AND DECREED that the Subscription Agreement executed by plaintiff Antoine Aysseh is declared voided and rescinded, and defendant Jesup & Lamont, Inc. is directed to return to plaintiff $125,000.00, with interest; and it is further

ORDERED, ADJUDGED AND DECREED that plaintiff Antoine Aysseh have Judgment against defendant Jesup & Lamont, Inc. located at 650 Fifth Avenue, New York, New York 10022 in the amount of $125,000 and costs including attorneys' fees in the amount of $7,245.00 and disbursements incurred in the prosecution of this Action in the amount of $350.00 for a total Judgment in the amount of $132,595.00; and it is further

ORDERED, ADJUDGED AND DECREED that plaintiff Antoine Aysseh have execution thereon.

_____ U.S.D.J.
12-14-09

This document was entered on
The docket on _____, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

ANTOINE AYSSEH,

                         Plaintiff,

        -against-

JESUP & LAMONT, INC.,

                        Defendant.

----------------------------------------

09 Civ. 6971 (BSJ)

**CLERK'S CERTIFICATE OF DEFAULT**

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 6, 2009 with the filing of the Summons and Complaint (ECF Docket # 1); and that plaintiff personally served a copy of the Summons and Amended Complaint on defendant on August 6, 2009, with proof of such service filed on August 26, 2009 (ECF Docket # 2).

I further certify that the docket entries indicate that defendant has not filed an answer or otherwise moved with respect to the complaint. The default of the defendant named in this action is hereby noted.

Dated: New York, New York
       August 27, 2009

                                    J. MICHAEL McMAHON,
                                    Clerk of the Court

                                    By: _____
                                            Deputy Clerk